UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | JS - 6 |
|---|---|---|---|
| Case No. | CV 11-10296 DSF (AGRx) | Date | 12/29/11 |
| Title | Hernandez v. Domestic Linen Supply Co., Inc. | | |

| Present: The Honorable | DALE S. FISCHER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order Remanding Action to State Court

    Having received no objection from Plaintiff to the Court's conditional remand order, this case is now REMANDED to the Superior Court of California, County of San Diego.

    IT IS SO ORDERED.